UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 20501
    ELLENA SHAMBEE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5744

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 05/23/2005 and was confirmed 08/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 13407.95 | .00 | 13407.95 |
| BENEFICIAL FINANCE CORP | MORTGAGE ARRE | 10000.00 | .00 | 8501.60 |
| AFSCI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3428.98 | .00 | .00 |
| GATEWAY COMPUTERS | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | 1352.47 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 617.53 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| PROVIDIAN VISA | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| PHILIP A IGOE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 1,240.45 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 23,150.00 | |
| PRIORITY | | .00 |
| SECURED | | 21,909.55 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 1,240.45 |
| DEBTOR REFUND | | .00 |
|  | --------------- | --------------- |

          PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 20501 ELLENA SHAMBEE

TOTALS                          23,150.00          23,150.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                           /s/ Tom Vaughn

   Dated: 08/26/08                    _____

                                           TOM VAUGHN
                                         CHAPTER 13 TRUSTEE